## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

### CASE NO. 21-80804-CIV-CANNON/Reinhart

**NANCY ALBERT**,

      Plaintiff,

v.

**PALM BEACH COUNTY**,

      Defendant.

_____/

### <u>ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE</u>

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 145], filed on January 24, 2023.  Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing."  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012).  As such, this case is **DISMISSED WITH PREJUDICE**, effective January 24, 2023, the date on which the parties filed their Stipulation of Dismissal [ECF No. 145].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court is directed to **CLOSE** this case.

2. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

CASE NO. 21-80804-CIV-CANNON/Reinhart

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 27th day of January 2023.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

2